1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10              WESTERN DIVISION
11

12  MARINO E. ALTAMIRANO,              )     CASE NO. CV 08-7036-JSL (AGR)
                                       )
13                 Plaintiff,          )     ORDER TO SHOW CAUSE
                                       )
14           vs.                       )
                                       )
15  MICHAEL J. ASTRUE, Commissioner of )
    Social Security Administration,    )
16                                     )
                   Defendant.          )
17  _____  )

18          Pursuant to this Court's Order of October 29, 2008, plaintiff was ordered to file a

19   Proof of Service showing compliance with Paragraph I of the Court's Order within

20   thirty 120 days of the filing on the complaint, i.e., by February 26, 2009.  The Court's

21   Order warned Plaintiff that failure to comply "may result in the dismissal of this case."

22   To date, the Proof of Service has not been filed with the Court.

23

24   Accordingly, **no later than March 9, 2009, plaintiff is ordered to show cause** why

25   this case should not be dismissed for failure to prosecute.  Filing of the Proof of

26   Service on or before **March 9, 2009**, shall be deemed compliance with this Order to

27   Show Cause.

28   DATED: March 2, 2009

                                      _____
                                          ALICIA G. ROSENBERG
                                      UNITED STATES MAGISTRATE JUDGE