FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARINO E. ALTAMIRANO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. CV 08-7036-JSL (AGR)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On March 4, 2009, Plaintiff Marino E. Altamirano filed a request for voluntary dismissal with prejudice. (Dkt. No. 8.) The defendant has not been served and has not filed an answer or motion for summary judgment.

IT IS HEREBY ORDERED that Plaintiff's request for voluntary dismissal with prejudice is GRANTED.

IT IS FURTHER ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

Dated: March 23, 2009

Spencer Letts
_____
J. SPENCER LETTS
United States District Judge